Fernando Baltazar **MUNIZ**,
Plaintiff–Appellant,

v.

**FAIRFAX COUNTY, VA,**
Defendant–Appellee.

No. 05–2424.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 9, 2006.

Decided: June 22, 2006.

Fernando Baltazar Muniz, Appellant Pro Se. Karen Lee Gibbons, County Attorney's Office, Fairfax, Virginia, for Appellee.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fernando Baltazar Muniz appeals the district court's order denying relief on his civil action brought pursuant to 42 U.S.C. § 1983 (2000) and state law. We have reviewed the record and find no reversible error. Accordingly, we deny Muniz's petition for hearing en banc and affirm on the reasoning of the district court. *See Muniz v. Fairfax County,* No. CA–05–1067 (E.D. Va. filed Nov. 14, 2005 & entered Nov. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*